IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JS IP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV37 |
| | ) | |
| v. | ) | |
| | ) | |
| LIV VENTURES, INC., and LIV HOLDINGS, LLC, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the magistrate judge for full pretrial supervision. On February 7, 2011, the Clerk's Office sent notice to counsel advising that the plaintiff was required to file a corporate disclosure statement. *See* Fed. R. Civ. P. 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004). The Clerk's Office advises that the plaintiff did not timely comply with this requirement. Upon review of the file,

    **IT IS ORDERED** that plaintiff is given until **March 15, 2011** to file a "DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP," using the "Corporate Disclosure Statement (Civil)" form posted on the court's website, http://www.ned.uscourts.gov/forms/, or show cause by written affidavit why the plaintiff cannot do so.

    **DATED March 2, 2011.**

                                                         **BY THE COURT:**

                                                         s/ F.A. Gossett, III
                                                         **United States Magistrate Judge**