IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JS IP, LLC, | ) | CASE NO. 8:11CV37 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| LIV VENTURES, INC., and LIV HOLDINGS, LLC, | ) | |
| Defendants. | ) | |
| JS IP, LLC, | ) | CASE NO. 8:11CV424 |
| Plaintiff, | ) | |
| v. | ) | REASSIGNMENT ORDER |
| LIV HOLDINGS, LLC, and LIV VENTURES, INC., | ) | |
| Defendants. | ) | |

Before the court is the Notice of Related Case (Filing No. 16) filed by the Defendants in Case No. 8:11CR424. After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4). Accordingly, Case No. 8:11CV424, *JS IP, LLC v. LIV Holdings, Inc. et al.*, is reassigned to Chief Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 5th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge